**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Randy Allen McElhaney,

Plaintiff,

v.

Heidi E. Washington, *et al.*,

Defendants.

________________________________/

Case No. 21-13021

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

**OPINION AND ORDER DENYING PLAINTIFF'S REMAINING OBJECTION [73] AND ADOPTING THE REMAINDER OF THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [72]**

On June 23, 2026, Magistrate Judge David R. Grand issued a Report and Recommendation ("R&R") (ECF No. 72) recommending the Court grant two motions for summary judgment: (1) a motion for summary judgment filed by Defendant Donna Rohrs, who was employed by Corizon Healthcare, Inc. (ECF No. 61); and (2) a motion for summary judgment filed by Defendants Michelle Kirby, Douglas Shelton, Gerald Masley, and Jessica Moore, who are current or former employees of the Michigan Department of Corrections (MDOC) (collectively, the "MDOC

Defendants”). (ECF No. 62.) The R&R also recommended that the Court grant summary judgment on Defendant’s gross negligence claim against the MDOC Defendants, though the MDOC Defendants did not formally move for summary judgment on that claim. (*Id.* at PageID.1110–1112.) Plaintiff Randy Allen McElhaney timely filed objections to the R&R. (ECF No. 73.) Defendants filed responses to the objections. (ECF Nos. 74, 75.)

On September 28, 2026, the Court issued an Opinion and Order[1] (1) denying Plaintiff’s first through sixth objections, (2) dismissing with prejudice Plaintiff’s gross negligence claim against Rohrs and Eighth Amendment claim against all Defendants, and (3) holding in abeyance both Plaintiff’s seventh objection[2] and the R&R’s recommendation that the Court *sua sponte* grant summary judgment on the gross negligence claim against the MDOC Defendants. (ECF No. 76.) The Court held that while it “would not abuse its discretion by granting summary judgment *sua sponte* to the MDOC Defendants on the gross negligence claim and

[1] The Court’s analysis in ECF No. 76 is fully adopted in this Opinion and Order.

[2] Plaintiff’s seventh objection took issue with “the R&R’s sua sponte recommendation that summary judgment be granted to the MDOC Defendants on the state law gross negligence claim.” (ECF NO. 73, PageID.1133.)

denying Plaintiff's seventh objection" because Plaintiff was "on notice that the Court would consider the issue" and had "a reasonable opportunity to respond," it would nevertheless provide Plaintiff with fourteen days "to put forth . . . all material facts in support of his argument that summary judgment is not warranted on this claim." (*Id.* at PageID.1170–1173.) The Court provided the MDOC Defendants with fourteen days to file a response, and Plaintiff with seven days to file a reply. (*Id.* at PageID.1173.) Plaintiff filed his supplemental brief on October 12, 2026 (ECF No. 77), and the MDOC Defendants filed their response on October 26, 2026. (ECF No. 78.) Plaintiff's deadline to file a reply elapsed on November 2, 2026. As of the date of this Opinion and Order, Plaintiff has not filed a reply.

Plaintiff's supplemental brief failed to provide any new material facts in support of his contention that summary judgment is not warranted on the gross negligence claim against the MDOC Defendants. (*See generally* ECF No. 76.) Magistrate Grand's findings in the R&R should not be disturbed. Accordingly, the Court DENIES Plaintiff's seventh objection, and the Court ADOPTS the R&R's remaining recommendation to grant summary judgment on Plaintiff's gross

negligence claim against the MDOC Defendants. The Court therefore DISMISSES WITH PREJUDICE Plaintiff's gross negligence claim against the MDOC Defendants.

IT IS SO ORDERED.

Dated: November 13, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 13, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager